No. 72–1086. DeLong Corp. et al. v. Oregon, by and through State Highway Commission. Sup. Ct. Ore. Certiorari denied.

No. 72–1100. Jenning v. United States. C. A. 9th Cir. Certiorari denied.

No. 72–1124. Hydrocraft, Inc., et al. v. Panther Pumps & Equipment Co., Inc. C. A. 7th Cir. Certiorari denied.

No. 72–1127. O. M. Scott & Sons Co. v. Noll et al., Trustees. C. A. 6th Cir. Certiorari denied.

No. 72–1133. Morris et al. v. Werner-Continental, Inc., et al. C. A. 6th Cir. Certiorari denied.

No. 72–1137. City of New Haven v. Town of East Haven et al. C. A. 2d Cir. Certiorari denied.

No. 72–1138. Harrison v. United States. C. A. 2d Cir. Certiorari denied.

No. 72–1141. De Pompeis v. United States. C. A. 2d Cir. Certiorari denied.

No. 72–1144. Lomprez et al. v. United States. C. A. 7th Cir. Certiorari denied.

No. 72–1156. Parenti v. United States. C. A. 3d Cir. Certiorari denied.

No. 72–1160. Lucas v. United States; and
No. 72–6232. Jiminez v. United States. C. A. 2d Cir. Certiorari denied.